JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | District Court Case No.: CV 08-7218 ODW<br>Bankruptcy Case No.: LA04-10052 TD<br>Adv. No.: LA08-01559 TD | Date | November 14, 2008 |
|---|---|---|---|
| Title | *In Re: Stephen Law* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff:                Attorneys Present for Defendants

Not Present                                              Not Present

**Proceedings:**    **ORDER Granting Appellant's request to Proceed** *in Forma Pauperis*

The Bankruptcy Appellate Panel of the Ninth Circuit transferred this matter to this court for a ruling on Appellant Stephen Law's request to proceed *in forma pauperis*. *See In re Perroton*, 958 F.2d 889, 896 (C.A.9,1992) ("[T]he bankruptcy court is not a 'court of the United States' under the definition of that phrase contained in § 451 and does not have the authority to waive fees under § 1915(a)"). For good cause showing, Appellant's request to so proceed is GRANTED. The case is remanded to the Bankruptcy Court.

**IT IS SO ORDERED**

----  :  00

Initials of Preparer    RGN